UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES A. PHILLIPS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-00742 (ESH) |
| EDWARD F. REILLY, JR., Chairman, United States Parole Commission, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Plaintiff filed the complaint in this case *pro se*. Based on the pendency of *Sellmonn v. Reilly*, No. 06-01650, a case that presents some or all of the same legal issues as this case, the Court hereby appoints Jason Wallach as counsel for plaintiff.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: May 2, 2007