UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-CV-0742 (ESH) |
| ) | |
| EDWARD F. REILLY, Chairman, ) | |
| United States Parole Commission, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until July 31, 2007, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. Plaintiff filed his pro se complaint in this Court on or about May 10, 2007. In his complaint, Plaintiff seeks to compel Defendants to reconsider his application for parole. Defendants' answer or response to the Complaint is due on or before July 9, 2007.

2. The undersigned has been in contact with the United States Parole Commission ("USPC"), the entity that denied Plaintiff's application for parole. The USPC is in the process of forwarding the administrative file to the undersigned, however, due to time constraints, this file has not yet been provided.

3. The undersigned is seeking an enlargement until July 31, 2007, to enable receipt of said file and a thorough investigation prior to filing an answer or other appropriate response.

4. Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[1]

Dated: July 9, 2007

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES PHILLIPS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDWARD F. REILLY, Chairman, )<br>United States Parole Commission, et al. )<br>)<br>Defendants. )<br>) | Civil Action No.: 07-CV-0742 (ESH) |

### ORDER

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their response to Plaintiff's complaint on or before July 31, 2007.

**SO ORDERED** this _____ day of _____, 200__.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time to Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Charles A. Phillips,
Fed. Reg. No. 02952-000
USP Lewisburg, P.O. Box. 1000
Lewisburg, Pa
17837

on this 9th day of July, 2007

_____
KENNETH ADEBONOJO