# United States District Court
# For the District of Columbia

CHARLES PHILLIPS

    Plaintiff(s)  )
                    )   **APPEARANCE**
                    )
                    )
    vs.                )   CASE NUMBER   07-CV-0742 (ESH)
EDWARD F. REILLY, et al.    )
                    )
    Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  __Jason D. Wallach__  as counsel in this
                                  (Attorney's Name)

case for: __Charles Phillips__
        (Name of party or parties)

7/10/2007
Date

                                                           *(signature)*
                                                            Signature

456154
BAR IDENTIFICATION

                                                            Jason D. Wallach
                                                            Print Name

                                                            1825 Eye Street, NW
                                                           Address

                                                           Washington, DC  20006
                                                          City         State        Zip Code

                                                           202-420-2668
                                                           Phone Number