UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY R. SELLMON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-01650 (ESH) |
| EDWARD F. REILLY, JR., Chairman of the United States Parole Commission, *et al.*, | ) |
| Defendants. | ) |
| CHARLES A. PHILLIPS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-00742 (ESH) |
| EDWARD F. REILLY, JR., Chairman of the United States Parole Commission, *et al.*, | ) |
| Defendants. | ) |
| DARU SWINTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-01120 (ESH) |
| EDWARD F. REILLY, JR., Chairman of the United States Parole Commission, *et al.*, | ) |
| Defendants. | ) |


## **ORDER**

Because the Court, with the agreement of counsel for all parties,[1] has determined that the above-captioned cases require the Court to resolve the same legal questions, the Court will exercise its discretion under Federal Rule of Civil Procedure 42(a) to consolidate the cases. *See* Fed. R. Civ. P. 42(a) (giving the Court broad discretion to consolidate actions "involving a common question of law or fact"). Accordingly, it is hereby

**ORDERED** that the above-captioned cases are consolidated into Civil Action No. 06-01650; it is

**FURTHER ORDERED** that Civil Action No. 07-00742 and Civil Action No. 07-01120 shall be administratively closed pending further order of the Court; and it is

**FURTHER ORDERED** that the briefing schedule set forth in the Court's order of April 11, 2007, in Civil Action No. 06-01650 shall govern all parties and actions; and it is

**FURTHER ORDERED** that defendants' answer (or other response) to the complaint filed by Charles A. Phillips shall be filed on or before July 31, 2007, in No. 06-01650.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 16, 2007

---

[1] Jason Wallach of Dickstein Shapiro LLP has graciously agreed to represent Daru Swinton, in addition to the other two plaintiffs.